UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Richard P. Matsch

Criminal  Action No.    00-cr-00059-RPM

UNITED STATES OF AMERICA,

       Plaintiff,

v.

MARCO ANTONIA ARREOLA-NAJERA,

       Defendant.
_____

ORDER DENYING SECOND MOTION TO REDUCE SENTENCE UNDER 18 U.S.C.
§ 3582(c)
_____

For a second time, the defendant, Marco Antonia Arreola-Najera has filed a motion under 18 U.S.C. § 3582(c)(2) seeking a reduction of the sentence imposed on January 19, 2001.  The previous motion was denied by this Court's order of November 1, 2004.  In the present motion, filed April 3, 2006, the defendant argues that he should be given a downward departure from the Sentencing Guidelines because of the low quality of the methamphetamine involved in his offense.  There is no merit to this argument.  Accordingly, it is

ORDERED that the motion to reduce sentence, filed  April 3, 2006, is denied.

DATED: April 7th, 2006

               BY THE COURT:

               s/Richard P. Matsch

               _____

               Richard P. Matsch, Judge

<u>CERTIFICATE OF SERVICE</u>

Re: Case No.  00-CR-59-M

     The undersigned certifies that a copy of the foregoing Order was mailed on April 7, 2006, to


Marco Antonia Arreola-Najera
#29470-013
P. O. Box 6000
Florence, CO 81226-6000


                       GREGORY C. LANGHAM, Clerk

                          s/M.V. Wentz

                  _____

                            Deputy

Stephen Wheeler
30244 Upper Bear Creek
Evergreen, CO 80439

Clifford Barnard
1790 30th St. #305
Boulder, CO 80303