IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO.   00-cr-00059-RPM-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    MARCO ANTONIO ARREOLA-NAJERA,

    Defendant.

---

**ORDER GRANTING "UNOPPOSED MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582"**

---

This matter is before the Court on the Defendant's "Unopposed Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582." Having considered the motion and the agreement of the parties represented therein, the Court finds: 1) the sentence previously imposed has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u); 2) the defendant is eligible for relief under 18 U.S.C. § 3582(c)(2) and U.S.S.G. §1B1.10; 3) the amended guideline range as reflected in the unopposed motion is correctly calculated.

The Court's determination of the Guideline Range prior to any departures is as follows:

    Previous Offense Level:    37
    Criminal History Category:    III
    Previous Guideline Range:    262 - 327 months (concurrent) on the Indictment; 120 months on the information

    Amended Offense Level:    35
    Criminal History Category:    III
    Amended Guideline Range:    210-262 months (concurrent) on the Indictment; 120 months on the Information

It is further ordered that the motion is GRANTED. Taking into account the factors set forth in 18 U.S.C. § 3553(a) and any guideline or statutory reductions, to the extent applicable, the previously imposed sentence of 262 months and 120 months concurrent imprisonment is reduced to **210 months** and 120 months concurrent, EFFECTIVE November 1, 2015.

All other provisions of the Judgment entered on January 19, 2001, shall remain in effect.

**IT IS SO ORDERED.**

DATED: November 5th, 2015

BY THE COURT:

Richard P. Matsch, Senior Judge